# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs.<br>**MALYK JAJUAN RANSBURG**<br>IN CUSTODY, *USMS* #33142-064 | **NOTICE OF HEARING**<br>CASE NO. CR-24-250-PRW<br>CASE NO. CR-20-59-PRW |

TYPE OF CASE:

☐ CIVIL  ☒ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | **Courtroom No. 503** |
| | DATE AND TIME: |
| | **August 25, 2025 at 10:00 a.m.** |
| TYPE OF PROCEEDING: | INTERPRETER: N/A |

## Sentencing and Revocation Hearing

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | | |

<u>7/31/2025</u>                                                JUDGE PATRICK R. WYRICK
DATE

                                        BY: s/*Emily Wilkinson*
                                            Deputy Clerk


AUSA (Connolly)
Dft counsel (Hoehns)
USM (custody)
USPO (Rivera)